Kevin **HURLEY**, Appellant,

v.

**STATE of Missouri, Respondent.**

No. WD 41017.

Missouri Court of Appeals,
Western District.

July 25, 1989.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 29, 1989.

John L. Vohs, Asst. Public Defender, Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before TURNAGE, P.J., and CLARK and FENNER, JJ.

### ORDER

PER CURIAM.

Appeal from denial of Rule 29.15 motion for post-conviction relief.

Judgment affirmed. Rule 84.16(b).

Theodore **ABBOTT**, Appellant,

v.

**STATE of Missouri, Respondent.**

No. WD 41515.

Missouri Court of Appeals,
Western District.

July 25, 1989.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 29, 1989.

John L. Vohs, Asst. Public Defender, Kansas City, for appellant.

Christopher M. Kehr, Asst. Atty. Gen., Jefferson City, for respondent.

Before CLARK, P.J., and
LOWENSTEIN and BERREY, JJ.

### ORDER

PER CURIAM.

Appeal from denial of Rule 29.15 motion for post-conviction relief without a hearing.

Judgment affirmed. Rule 84.16(b).